IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02770-CMA-CBS

ASPEN INSURANCE UK, LTD., and
CERTAIN UNDERWRITERS AT LLOYD'S
Subscribing to Policy No. QA021508 and
Policy No. QA021608,

    Plaintiffs,

v.

FISERV, INC.,
FISERV TRUST COMPANY
(f/k/a FIRST TRUST CORPORATION),
TRUST INDUSTRIAL BANK,
TD AMERITRADE ONLINE HOLDINGS CORP.,
TD AMERITRADE HOLDING CORPORATION,
ROBERT BERIAULT HOLDINGS, INC.,
LINCOLN TRUST COMPANY, and
NTC & CO., LLP,

    Defendants.

# MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    IT IS HEREBY ORDERED that Plaintiffs' Unopposed Motion for Leave to File First Amended Complaint for Declaratory Judgment *(doc. # 30)* is GRANTED. Plaintiffs' proposed First Amended Complaint for Declaratory Judgment *(doc no. 30-3)*, is accepted for filing as of the date of this order.

    IT IS FURTHER ORDERED that Defendants' Motion to Stay All Proceedings Except as to Whether Plaintiffs Have a Duty to Advance Defense Costs Contemporaneously *(doc. # 26)* is GRANTED. This matter is stayed pending a ruling by District Judge Arguello as to the issue of advancing defense costs contemporaneously. Parties are reminded to contact chambers (303.844.2117) within 72 hours of receipt of a ruling.

**DATED:**    March 1, 2010