IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 09-cv-02770-CMA-CBS

ASPEN INSURANCE UK, LTD., and
CERTAIN UNDERWRITERS AT LLOYD'S
Subscribing to Policy No. QA021508 and
Policy No. QA021608,

      Plaintiffs/Counterclaim Defendants,

v.

FISERV, INC.,
FISERV TRUST COMPANY
(f/k/a FIRST TRUST CORPORATION),
TRUST INDUSTRIAL BANK,
TD AMERITRADE ONLINE HOLDINGS CORP.,
TD AMERITRADE HOLDING CORPORATION,
ROBERT BERIAULT HOLDINGS, INC.,
LINCOLN TRUST COMPANY, and
NTC & CO., LLP,

      Defendants/Counterclaimants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

      IT IS HEREBY ORDERED that the Stipulated Motion for Entry of Protective Order (doc # 78) filed February 28, 2011, which supercedes and replaces the Stipulated Motion for Entry of Protective Order (doc # 75) filed February 25, 2011, is GRANTED. The Proposed Stipulated Protective Order (*doc # 78-1*) is accepted by the court.

      The parties are reminded that they will be required to comply fully with all provisions of D.C.ColoL.CivR. 7.2, and particularly those provisions dealing with filing documents under seal.

**DATED:**      March 1, 2011